# 836    CASES REPORTED WITH BRIEF SYLLABI.

MARION G. MURPHY V. JOHN G. MURPHY.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of BESSIE A. FOLEY, Deceased — Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ADAM MINK and Others v. CHARLES W. HEEP and Others.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ALEXANDER LESSIN, an Infant, etc., v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Impleaded, etc.— Motion to dismiss appeal denied, and appellant's time to file its points extended to June 30, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARCUS LESSIN V. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Impleaded, etc.— Motion to dismiss appeal denied, and appellant's time to file its points extended to June 30, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HORACE B. LIVERIGHT V. JOAB A. BANTON and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Petition of ALBERT THOMAS V. RICHARD E. ENRIGHT.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of LEON FRANK v. BLAKE-DANIELS Co., INC.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

RALPH ILARDI, as Guardian ad Litem of ANNA ILARDI, an Infant, v. THE CITY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ANNA ILARDI, an Infant, etc., v. THE CITY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J. Merrell, Finch, McAvoy and Proskauer, JJ.

HELEN GREENBERG v. ST. REGIS RESTAURANT, INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ALEXANDER S. CHALMERS, as Administrator, etc., of ALEXANDER CHALMERS, Deceased, v. ABRAHAM BLUMBERG.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ROCKOWITZ CORSET AND BRASSIERE CORPORATION v. MADAME X 'COMPANY, INC., and Others.— Motion denied, with leave to renew if appellants do not, after the case is settled and ordered on file, procure the record on appeal and appellants' points to be filed so the appeal can be argued on or before October 4, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ROCCO BALICE and Another v. ERIE RAILROAD COMPANY, a Transportation Corporation.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.